UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-4073-RGK (RCF) | Date | Janauary 9, 2008 |
|---|---|---|---|
| Title | Andre Bennett  v. Tom Felker | | |

| Present: The Honorable | RITA COYNE FEDERMAN | | |
|---|---|---|---|
| Barbara Hall | not recorded | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings:**       **ORDER TO SHOW CAUSE**

On October 11, 2007, the Court issued an "Order Requiring Response to Petition for Writ of Habeas Corpus."   As of the date of this order, Respondent has not filed a response as required by the Order Requiring Response.

Within fifteen (15) days of the date of this order, Respondent is ordered to show cause to the Court for his failure to timely file a response to the Order Requiring Response.

**IT IS SO ORDERED.**

                                                                                                      :
Initials of Preparer        BH