UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ANDRE BENNETT,** | ) |
| Petitioner, | ) No. CV 07-4073-RGK (RCF) |
| v. | ) JUDGMENT |
| **TOM FELKER, Warden,** | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted and the Petition is dismissed with prejudice.

DATED: May 29, 2009

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE